UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZ GERALD TOUSSAINT,<br><br>                                      Plaintiff,<br><br>v.<br><br>PEARL ASSET MANAGEMENT LLC,<br><br>                                      Defendant. | Case No.: 22-CV-1341 TWR (MSB)<br><br>**ORDER (1) DENYING PLAINTIFF'S REQUEST TO ACCESS PACER AT NO COST, AND (2) REQUIRING PLAINTIFF TO UPDATE HIS MAILING ADDRESS**<br><br>(ECF No. 9) |

Presently before the Court is Plaintiff Fritz Gerald Toussaint's Request to Access Pacer at No Cost. (ECF No. 9, "Mot.") Plaintiff, proceeding pro se, filed a Complaint in August 2022 in the Eastern District of Pennsylvania. (*See* ECF No. 1.) That Court transferred the action to this Court in September 2022. (ECF No. 3.) The Complaint was not accompanied by a filing fee or an application to proceed *in forma pauperis* ("IFP"). This Court subsequently issued an Order (1) Requiring a Filing Fee or an Application to Proceed *in Forma Pauperis* and (2) to Show Cause Why the Complaint Should not be Dismissed for Lack of Subject-Matter Jurisdiction. (*See* ECF No. 6.) Plaintiff's response to that Order was due in December 2022, (*see id.* at 3), but the Court received two notices that its Order was returned as undeliverable to Plaintiff. (*See* ECF Nos. 7–8.) Consequently, Plaintiff has filed no response to the Court's Order. (*See generally* Docket.)

As such, Plaintiff's Motion to access Pacer at no cost is premature—this action cannot proceed until Plaintiff either pays the filing fee or files an application to proceed IFP. *See* 28 U.S.C. §§ 1914–1915. The Court thus **DENIES WITHOUT PREJUDICE** Plaintiff's Motion.

In addition, pursuant to Civil Local Rule 83.11(b), Plaintiff "must keep the Court and opposing parties advised as to [his] current address," and failure to do so may result in dismissal of his case for failure to prosecute. *See* S.D. Cal. CivLR 83.11(b) ("If mail directed to a pro se plaintiff by the Clerk at the plaintiff's last designated address is returned by the Post Office, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of the plaintiff's current address, the Court may dismiss the action without prejudice for failure to prosecute."). <u>Within thirty (30) days of the date of this Order</u>, Plaintiff **SHALL PROVIDE** the Court with (1) his updated mailing address; (2) a response to the Court's November 28, 2022, Order to Show Cause; and (3) either (a) the full $402 filing fee, or (b) a complete and signed Form AO 239 Application to Proceed in District Court Without Preparing Fees or Costs, available at https://www.casd.uscourts.gov/_assets/pdf/forms/AO239_Application%20to%20Proceed%20Without%20Prepayment.pdf. *Failure to fully comply with each of these three requirements will result in the dismissal of this action without prejudice.*

**IT IS SO ORDERED.**

Dated: February 10, 2023

Honorable Todd W. Robinson
United States District Judge