1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9         SOUTHERN DISTRICT OF CALIFORNIA
10

11   FRITZ GERALD TOUSSAINT,                    Case No.:  22-CV-1341 TWR (MSB)

12                              Plaintiff,
                                              **ORDER DISMISSING ACTION**
13   v.                                        **WITHOUT PREJUDICE**

14   PEARL ASSET MANAGEMENT LLC,

15                              Defendant.

16

17          On August 8, 2022, Plaintiff Fritz Gerald Toussaint, proceeding pro se, initiated this

18   action against Defendant Pearl Asset Management LLC without paying the required case

19   filing fee or filing an application to proceed *in forma pauperis* ("IFP").  (*See* ECF No. 1.)

20   On November 28, 2022, the Court ordered Plaintiff to pay the filing fee or file an

21   application to proceed IFP and to show cause why the Complaint should not be dismissed

22   for lack of subject-matter jurisdiction.  (*See* ECF No. 6.)  The Clerk's office mailed the

23   Court's November 2022 Order to the two addresses found in Plaintiff's paperwork,

24   including Plaintiff's last designated address.  (*See id*.)  But on December 14 and 28, 2022,

25   the Court's Order was returned by the Post Office as undeliverable to both addresses.  (ECF

26   Nos. 7–8.)  In the meantime, Plaintiff filed a Motion to Access Pacer at No Cost.  (ECF

27   No. 9.)  On February 10, 2023, the Court denied that Motion and ordered Plaintiff, within

28   thirty days of the date of the Order, to (1) update his mailing address, (2) respond to the

Court's November 28, 2022, Order to Show Cause, and (3) either pay the filing fee or file an application to proceed IFP. (*See* ECF No. 10.) The Court also warned Plaintiff that "failure to fully comply with each of these three requirements [would] result in the dismissal of this case without prejudice." (*Id*. at 2 (emphasis omitted)); *see* S.D Cal. Civ. L.R. 83.1(a). The Clerk's office mailed the Court's February 2023 Order to two different addresses. (*Id*.) But on February 22, 2023, the Court's Order was returned by the Post Office as undeliverable to one of the addresses, which was Plaintiff's last designated address. (ECF No. 11.)

Pursuant to Civil Local Rule 83.11:

> A party proceeding pro se must keep the Court and opposing parties advised as to current address. If mail directed to a pro se plaintiff by the Clerk at the plaintiff's last designated address is returned by the Post Office, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of the plaintiff's current address, the Court may dismiss the action without prejudice for failure to prosecute.

S.D. Cal. Civ. L.R. 83.11(b). Over 60 days have passed since the Court's November 2022 Order was returned as undeliverable, and Plaintiff has yet to provide his current address. (*See generally* Docket.) Nor has Plaintiff timely responded to the Court's February 2023 Order that specifically warned Plaintiff that if he failed to respond the Court would dismiss this case without prejudice. (*See* ECF No. 10; *see generally* Docket.) Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE** pursuant to Civil Local Rules 83.1(a) and 83.11. The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED**

Dated: March 21, 2023

Honorable Todd W. Robinson
United States District Judge

22-CV-1341 TWR (MSB)